UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THERESA POLEZCEK, ET AL                          CIVIL ACTION

VERSUS                                           NO. 25-1490

GERALD STICKER, ET AL                            SEC. "H"(4)

**NOTICE OF SCHEDULING CONFERENCE**

A Scheduling Conference is **SET**, by telephone, for **OCTOBER 30, 2025, at 2:00 p.m.,** for the purpose of selecting a trial date and pre-trial deadlines. **Counsel are to participate in the conference by dialing (833) 990-9400 and entering access code 103 027 871.**  The Court's case manager will join the call as the host once all parties are on the line.

If any party has a conflict with the selected date or time of the conference, they should notify the case manager at the email address listed below.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By:  Gail Anderson**
**Case Manager**
**gail_anderson@laed.uscourts.gov**

NOTICE
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

<u>IMPORTANT NOTICE TO COUNSEL</u>

<u>COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE</u>:

1.    Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2.    Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3.    Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? *

4.    In advance of the conference, every party should be familiar with and ensure compliance with Rule 7.1, which was amended December 31, 2022.


*WRITTEN OBJECTIONS <u>MUST</u> BE FILED THREE WORKING DAYS PRIOR TO THE SCHEDULING CONFERENCE.