**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| THERESA POLEZCEK ON BEHALF OF HER MINOR CHILDREN, R.P. AND C.W., and TATIANNA BURISE | * * * * | CIVIL ACTION |
| | * | NO: 2:25-cv-01490 |
| Plaintiffs | * * | SEC. "H"(4) |
| VERSUS | * * | JUDGE JANE TRICHE MILAZZO |
| GERALD STICKER, SHERIFF OF TANGIPAHOA PARISH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, WARDEN JERRY MARTIN, IN HIS OFFICIAL CAPACITY, CHIEF DEPUTY JIMMY DAVIS, IN HIS OFFICIAL CAPACITY, MICHAEL BRADY, CHRISTOPHER PETERS, and TURN KEY HEALTH CLINICS, LLC | * * * * * * * * * | MAG. JUDGE KAREN WELLS ROBY |
| Defendants | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

## <u>ORDER</u>

Considering the foregoing *Unopposed Motion for Leave to Take Video Deposition of Witness Confined in Prison as per Fed. R. Civ. P. 30(a)(2)(B)* (Doc. 24);

IT IS HEREBY ORDERED that Plaintiffs' *Unopposed Motion for Leave to Take Video Deposition of Witness Confined in Prison as per Fed. R. Civ. P. 30(a)(2)(B)* is GRANTED allowing Plaintiffs to take the video deposition of Brandon Montana Edwards at the Calcasieu Correctional Center in Lake Charles, LA

New Orleans, Louisiana this 21st day of April 2026.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE