## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**THERESA POLEZCEK ON BEHALF OF HER MINOR CHILDREN, R.P. AND C.W., and TATIANNA BURISE**

**versus**

**GERALD STICKER, SHERIFF OF TANGIPAHOA PARISH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, WARDEN JERRY MARTIN, IN HIS OFFICIAL CAPACITY, and CHIEF DEPUTY JIMMY DAVIS, IN HIS OFFICIAL CAPACITY, et al**

**CIVIL ACTION**

**NO. 2:25-cv-01490**

**SECTION H-4**

**JUDGE JANE TRICHE MILAZZO**

**MAGISTRATE KAREN WELLS ROBY**

## JOINT MOTION TO ADOPT PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Theresa Polezcek on behalf of her minor child, C.W., Raychael Polezcek (now a major), and Tatiana Burise, and Defendants, Turn Key Health Clinics, LLC, Gerald Sticker, Warden Jerry Martin, Chief Deputy Jimmy Davis, Michael Brady, and Christopher Peters (collectively, the "Parties"), who move this Court to adopt the Joint Protective Order submitted herewith and, in support thereof, state as follows:

1. The Parties anticipate that discovery in this matter will involve the exchange of documents, testimony, and information containing confidential, proprietary, private, or otherwise sensitive material, including but not limited to information contemplated under Rule 26(c) of the Federal Rules of Civil Procedure.

2. In order to facilitate the efficient exchange of such information and to protect against improper disclosure, the Parties have conferred and agreed upon the terms of a Joint Protective Order governing the designation and use of confidential materials.

3. The proposed Joint Protective Order provides a mechanism for designating materials as "Confidential," limits disclosure of such materials to specified persons involved in

this litigation, and establishes procedures for challenging designations, handling inadvertent disclosures, and filing materials under seal.

4. The entry of the proposed Joint Protective Order will promote the just, speedy, and inexpensive determination of this action by streamlining discovery and minimizing disputes regarding confidentiality.

5. Good cause exists for the entry of the proposed Joint Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

6. A copy of the proposed Joint Protective Order is submitted contemporaneously for the Court's consideration.

7. The proposed Joint Protective Order is modeled on the form protective order made available in the "Sample Pleadings" section of the Honorable Magistrate Judge Karen Wells Roby's page on the United States District Court for the Eastern District of Louisiana's official website.

**WHEREFORE**, the Parties request that this Court enter the proposed Joint Protective Order.

*(Attorney signatures on following page)*

___/s/ Gary N. Boutwell, II_____
Gary N. Boutwell, II (#22739)
6655 Jefferson Highway
Baton Rouge, Louisiana 70806
Tel: (225) 926-4130
Fax: (225) 929-9817
gary@ksbrlaw.com

*along with co-counsel*

Robert J. Carter (#1752)
P.O. Drawer 27
Greensburg, Louisiana  70441
Tel:  (225) 222-4191
Fax: (225) 222-4193
robbycarter@centurytel.net
**Counsel for Plaintiffs, Theresa Polezcek on behalf of her minor child C.W., Raychael Polezcek (now a major), and Tatianna Burise**

/s/ Ethan A. King_____
Carl E. Hellmers, III (#25705)
Ethan A. King (#412790)
*Deutsch Kerrigan, LLP*
755 Magazine Street
New Orleans, LA 70130
Tel:  (504) 581-5141
Fax: (504) 566-4015
**Counsel for Turn Key Health Clinics, LLC, Defendant**

_/s/ Ronald S. Bryant_____
Timothy R. Richardson (#27625)
Ronald S. Bryant (#36110)
*Rodrigue & Arcuri, LLP*
1615 Poydras Street, Suite 1250
New Orleans, LA 70112
Tel:  (504) 592-4600
Fax: (504) 592-4641
Email:  tim@rodriguearcuri.com
            shane@rodriguearcuri.com
**Counsel for Tangipahoa Parish Sheriff Gerald Sticker, Jerry Martin, Jimmy Travis, Michael Brady, and Christopher Peters, Defendants**